No. 271. In re Caruba. Court of Chancery of New Jersey. Certiorari denied. *Jacob L. Newman* and *Joseph Weintraub* for petitioner. *John E. Toolan* for respondent.

No. 232. Simmons *v.* Federal Communications Commission. United States Court of Appeals for the District of Columbia Circuit. Motion to designate "The WGAR Broadcasting Company" as a party respondent granted. Certiorari denied. *Paul M. Segal, Philip J. Hennessey, Jr.* and *Harry P. Warner* for petitioner. *Solicitor General Perlman, Benedict P. Cottone, Max Goldman* and *Richard A. Solomon* for the Federal Communications Commission; and *Louis G. Caldwell, Donald C. Beelar* and *Percy H. Russell, Jr.* for the WGAR Broadcasting Co., respondents.

No. 248. Wm. Schluderberg-T. J. Kurdle Co. *v.* Reconstruction Finance Corporation. Emergency Court of Appeals. Certiorari denied. The Chief Justice took no part in the consideration or decision of this application. *Wilbur La Roe, Jr., Arthur L. Winn, Jr.* and *Samuel H. Moerman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for respondent.

No. 19, Misc. Tuthill *v.* California. Supreme Court of California. Motion to defer consideration denied. Certiorari denied.